NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

SHELDON PETERS WOLFCHILD, ERNIE PETERS
LONGWALKER, SCOTT ADOLPHSON, MORRIS J.
PENDLETON, BARBARA FEEZOR BUTTES,
WINIFRED ST. PIERRE FEEZOR, AUTUMN
WEAVER, ARIES BLUESTONE WEAVER, ELIJAH
BLUESTONE WEAVER, RUBY MINKEL, LAVONNE
A. SWENSON, WILLIS SWENSON, AARON
SWENSON, BEVERLY M. SCOTT, LILLIAN
WILSON, MONIQUE WILSON, SANDRA
COLUMBUS GESHICK, CHERYL K. LORUSSO,
JENNIFER K. LORUSSO, CASSANDRA
SHEVCHUK, JASON SHEVCHUK,
JAMES PAUL WILSON, EVA GRACE WILSON,
BENITA M. JOHNSON, AND KEVIN LORUSSO,
*Plaintiffs-Cross Appellants,*

AND

ANITA D. WHIPPLE ET AL., DESCENDANTS OF
LUCY TRUDELL, BONNIE RAE LOWE, ET AL.,
DESCENDANTS OF JOSEPH GRAHAM, ET AL.,
LENOR ANN SCHEFFLER BLAESER ET AL.,
DESCENDANTS OF JOHN MOOSE,
AND MARY BETH LAFFERTY, ET AL.,
*Plaintiffs,*

AND

COURSOLLE DESCENDANTS AND ROCQUE AND
TAYLOR DESCENDANTS,

*Plaintiffs,*

AND

**DEBORAH L. SAUL, LAURA VASSAR, ET AL., LYDIA FERRIS ET AL., DANIEL M TRUDELL, ET AL., ROBERT LEE TAYLOR, ET AL., AND DAWN HENRY,**
*Plaintiffs,*

AND

**RAYMOND CERMAK, SR., (ACTING INDIVIDUALLY AND UNDER A POWER OF ATTORNEY FOR STANLEY F. CERMAK, SR.), MICHAEL STEPHENS, ET AL., JESSE CERMAK, ET AL., DENISE HENDERSON, DELORES KLINGBERG, SALLY ELLA ALKIRE, PIERRE ARNOLD, JR., AND GETRUDE GODOY ET AL.,**
*Plaintiffs,*

AND

**JOHN DOES 1-30, WINONA C. THOMAS ENYARD, AND KITTO, ET AL.,**
*Plaintiffs,*

AND

**FRANCINE GARREAU, ET AL.,**
*Plaintiffs,*

AND

**FRANCIS ELAINE FELIX,**
*Plaintiff,*

AND

**KE ZEPHIER, ET AL.,**

*Plaintiffs,*

AND

**LOWER SIOUX INDIAN COMMUNITY,**
*Plaintiff,*

AND

**PHILIP W. MORGAN,**
*Plaintiff,*

AND

**REBECCA ELIZABETH FELIX,**
*Plaintiff,*

AND

**VERA A. ROONEY, ET AL.,**
*Plaintiffs,*

AND

**DANNY LEE MOZAK,**
*Plaintiff-Cross Appellant,*

AND

**DAWN BURLEY, ET AL.,**
*Plaintiffs-Cross Appellants,*

AND

**HARLEY ZEPHIER, SR.,**
*Plaintiff-Cross Appellant,*

AND

**JOHN DOES 1-433,**
*Plaintiffs-Cross Appellants,*

AND

**JULIA DUMARCE, ET AL.,**
*Plaintiffs-Cross Appellants,*

AND

**RAYMOND COURNOYER, SR., ET AL., JERRY ROBINETTE, ET AL., SANDRA KIMBELL, ET AL., CHARLENE WANNA, ET AL., AND LESLIE LEE FRENCH, ET AL.,**
*Plaintiffs-Cross Appellants,*

AND

**KRISTINE ABRAHAMSON,**
*Plaintiff-Cross Appellant,*

AND

**VICTORIA ROBERTSON VADNAIS,**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2012-5035, -5036, -5043

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 03-CV-2684 and 01-CV-0568, Judge Charles F. Lettow.

---

**ON MOTION**

---

# ORDER

The Wolfchild Cross-Appellants move for this court to take judicial notice of the United States Department of the Interior's "Notice of Decision" dated August 20, 2012. The government did not give consent.

IT IS ORDERED THAT:

1) The motion for leave to take judicial notice is deferred for consideration by the merits panel assigned to hear this case.

2) A copy of the motion, any responses or replies, and this order shall be transmitted to the merits panel.

FOR THE COURT

FEB 0 6 2013                           /s/ Jan Horbaly
Date                                   Jan Horbaly
                                       Clerk

cc:  Wood R. Foster, Jr., Esq.
     Scott Allen Johnson, Esq.
     Garrett J. Horn, Esq.
     Jack E. Pierce, Esq.
     Elizabeth T. Walker, Esq.
     Jay C. Shultz, Esq.
     Francis Elaine Felix
     Douglas R. Kettering, Esq.
     Philip William Morgan
     Rebecca Elizabeth Felix
     Bernard Joseph Rooney, Esq.
     Erick G. Kaardal, Esq.
     Creighton A. Thurman, Esq.
     Kelly Stricherz, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 6 2013

JAN HORBALY
CLERK

Larry B. Leventhal, Esq.
Robin L. Zephier, Esq.
Gary John Montana, Esq.
Randy Vern Thompson, Esq.
John L. Smeltzer, Esq.
Barry P. Hogan, Esq.
Royce D. Edwards, Sr., Esq.

s21